UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JABARR DAVIS

**FILED**

J.N

MAY 2 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No.

5-29-08

) Magistrate Judge Geraldine Soat Brown
)
)

**08CR      430**

## AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before the Honorable Geraldine Soat Brown,

a United States Magistrate Judge, and being duly sworn on oath, states: that in the District of

Minnesota, JABARR DAVIS, was charged in a complaint with a violation of Title 18, United States

Code, Section 471, and that on the basis of Affiant's investigation and information received

concerning the case through official channels, does hereby certify that a Warrant for Arrest is

outstanding for the arrest of said defendant. (See Attached - Complaint).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____

Special Agent, Secret Service

Subscribed and Sworn to before me this
29th day of May, 2008.

_____
Geraldine Soat Brown
United States Magistrate Judge

Bond set [or recommended] by issuing Court at _____

# United States District Court
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.

JABARR DAVIS

**CRIMINAL COMPLAINT**

Case Number:

08-MJ-124 JJG

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 6, 2008 in Hennepin county, in the State and District of Minnesota, defendant,

with intent to defraud, did counterfeit, falsely make, and forge or alter an obligation or other security of the United States, namely, Federal Reserve Notes,

in violation of Title 18 United States Code, Section 471.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

    SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Lawrence Propes
Secret Service

Sworn to before me, and subscribed in my presence,

3/19/08                              at    Minneapolis, MN
Date                                        City and State
The Honorable Jeanne J. Graham
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer            Signature of Judicial Officer

STATE OF MINNESOTA   )
                  )  ss. **AFFIDAVIT OF LAWRENCE PROPES**
COUNTY OF HENNEPIN   )

     Your Affiant, Lawrence Propes, having been first duly sworn and under oath, hereby states the following is true and correct to the best of his knowledge:

     1.   I am currently a Special Agent with the United States Secret Service and have been employed as such for approximately four years. My duties as a Special Agent include the protection of the United States monetary system and the investigation of financial crimes that violate the United States Code. I am familiar with the facts set forth in this Affidavit from having spoken with the officers involved in this investigation, from having reviewed their reports, and also being present during the interview of a suspect and the service of a Ramsey County Search Warrant at the residence of JABARR DAVIS and LARITA WARMACK, Defendants. Further, this affidavit contains information to support probable cause but is not intended to convey facts of the entire investigation.

     2.   On or about February 28, 2008, the St. Paul, Minnesota, Police Department received information from a confidential reliable informant (CRI) that two black female subjects were passing counterfeit $50 Federal Reserve Notes (FRNs) in the Minneapolis and St. Paul, Minnesota area.

1

3.    On March 4, 2008, the CRI stated within the past 48 hours, that he/she had recently seen these females in possession of several thousand dollars in counterfeit $50 FRNs.  The CRI reported that he/she was told by the females they have access to several thousand dollars more in counterfeit $50 FRNs.  The CRI was offered to purchase the counterfeit $50 FRNs for half of their face value from both of these female subjects.  The CRI identified one of the black females as Nicole, who is described as having a thin build and braided hair with red and blonde strands.  The CRI described the other black female as only being heavy set and had no additional information.  The CRI stated the above two black females drive a black SUV bearing a State of Illinois temporary license plate of 557J00.  The CRI added that this vehicle is known to frequent the area of Case Avenue and Weide Street in St. Paul, Minnesota.

4.    On March 6, 2008, the St. Paul, Minnesota, Police Department located the above vehicle in close proximity to the area of Case Avenue and Weide Street in St. Paul, Minnesota, and performed a traffic stop on the above vehicle at Sims Avenue and Greenbrier Street in St. Paul, Minnesota.  This vehicle, a black SUV bearing a State of Illinois temporary license plate of 557J00, contained two black females matching the descriptions provided above.  The driver of the vehicle was identified as Nicole Stevens and the passenger of the vehicle was identified as LARITA WARMACK.  A bible with what appeared to be FRNs sticking out of it was

2

observed in plain view on the front passenger floor of the vehicle.
The bible was examined and fourteen (14) counterfeit $50 FRNs
bearing serial numbers ID09815103A and IB37856016A were recovered.
Stevens and WARMACK were arrested by the St. Paul Police Department
and transported to the law enforcement center located in St. Paul,
Minnesota.

5.    Later on March 6, 2008, Nicole Stevens was interviewed
by Special Agent Daniel Thiel and Special Agent Lawrence Propes
of the United States Secret Service, and Detective Ryan Murphy of
the St. Paul Police Department.  Stevens was advised of her
Miranda rights verbally and in writing.  Stevens verbally, and in
writing, waived her Miranda rights.

        Stevens indicated that she resides at a particular
address on Curtice Street East, St. Paul, Minnesota.  Stevens
added that her neighbors are LARITA WARMACK and JABARR DAVIS.
Stevens reported that WARMACK is DAVIS'S girlfriend and they
reside at a particular address on Curtice Street East, St. Paul,
Minnesota, next door to Stevens.  Stevens stated that she has
known LARITA WARMACK and JABARR DAVIS since they all lived in the
Chicago, Illinois, area together.  While living in the Chicago,
Illinois, area, Stevens claimed that she observed JABARR DAVIS
soaking genuine FRNs in a sink filled with Purple Power, an
automotive cleaner.  Stevens then observed DAVIS brushing the
FRNs which were soaking in the Purple Power with a toothbrush to

3

remove the image of the genuine FRN. Stevens added that on more than one occasion since knowing JABARR DAVIS, DAVIS had told Stevens that he (DAVIS) had manufactured at least $10,000 in CFT FRNs.

Stevens stated that on or about February 26, 2008, Stevens drove LARITA WARMACK to a pawn shop located on South Roberts Street in St. Paul, Minnesota, and WARMACK pawned a Sony Playstation for U.S. Currency. Stevens added that she then drove WARMACK to a Walmart Department Store located in the area, and WARMACK purchased a Hewlett Packard Printer Model 5610.

Stevens stated that on March 5, 2008, Stevens visited JABARR DAVIS inside his residence located on Curtice Street East, St. Paul, Minnesota, and observed DAVIS manufacturing counterfeit $50 FRNs. Stevens added that she later drove LARITA WARMACK and several acquaintances around the St. Paul, Minnesota area, to purchase items with the counterfeit $50 FRNs eventually receiving genuine FRNs in the transactions.

6. On March 7, 2008, Detective Ryan Murphy swore to an affidavit for a Ramsey County Search Warrant for the particular address on Curtice Street East, St. Paul, Minnesota, that Stevens provided as the address of DAVIS and WARMACK's residence. The local search warrant was approved by Ramsey County District Court Judge Greg Johnson.

4

7.     Continuing on March 7, 2008, Detective Ryan Murphy, Special Agent Daniel Thiel and Special Agent Lawrence Propes and members of the St. Paul Police Department Force Unit executed the Ramsey County Search Warrant at DAVIS and WARMACK's residence on Curtice Street East, St. Paul, Minnesota, and located one (1) genuine $50 FRN, Serial Number IB37856016A (a Pattern Note used in the manufacture of the subject counterfeit FRNs), a Hewlett Packard Officejet Printer, Model Number 5610V, an Epson Printer, Model Number CX5000, printer ink cartridges, miscellaneous reams of paper, Purple Power cleaning solution, and an Illinois Identification Card in the name of Jabarr Davis.

8.     On March 7, 2008, at the time the above search warrant was served, JABARR DAVIS was located in the above residence and placed under arrest for the manufacture of counterfeit FRNs.

9.     Based upon the facts conveyed in this affidavit, I have probable cause to believe that JABARR DAVIS manufactured counterfeit FRNs with the intent to defraud, in violation of Title 18 United States Code, Section 471.

FURTHER YOUR AFFIANT SAYETH NOT

LAWRENCE PROPES, Special Agent
United States Secret Service

SUBSCRIBED and SWORN to before me
this 19th day of March, 2008.

JEANNE J. GRAHAM
United States Magistrate Judge

5