# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 430 | DATE | 5/29/2008 |
| CASE TITLE | USA vs. Jabarr Davis | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant Jabarr Davis appears in response to arrest on 05/29/08. Defendant informed of his rights. Defendant waives identity hearing. James F. Young from the Federal Defender Panel is appointed as counsel for defendant for the initial appearance and removal proceedings only. Government moves for removal in custody. Detention hearing set for 06/04/08 at 10:30 a.m. Status hearing on preliminary examination hearing set for 06/04/08 at 10:30 a.m. Defendant shall remain in custody pending the detention hearing.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|

U.S. DISTRICT COURT

2008 MAY 29 PM 3:26

FILED