# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 430 | **DATE** | 6/04/2008 |
| **CASE TITLE** | USA vs. Jabarr Davis | | |

**DOCKET ENTRY TEXT**

Detention hearing held. The court finds defendant unable to afford counsel. James F. Young of the Federal Defender Panel is appointed as counsel for defendant. Defendant waives the formal findings regarding detention without prejudice to defendant's right to move at a later time for pretrial release on conditions. Government's oral motion for detention is granted. Status hearing held and continued to 06/19/08 at 1:30 p.m. Defendant waives his right to a preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending trial or until further order of the Court. *[signature: Geraldine Soat Brown]*

Docketing to mail notices.

00:05 det hrg    00:05 ptc

| | Courtroom Deputy Initials: | NTF |
|---|---|---|