Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 430 | **DATE** | 6/19/2008 |
| **CASE TITLE** | USA vs. Jabarr Davis | | |

**DOCKET ENTRY TEXT**

Status hearing on Rule 40 transfer of this case from Minnesota to Illinois held and continued 07/24/08 at 1:15 p.m. Enter Waiver of Indictment.

*Geraldine Soat Brown* (signature)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|