

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

<u>NORTHERN</u> DISTRICT OF <u>ILLINOIS, EASTERN DIVISION</u>

UNITED STATES OF AMERICA

v.

JABARR DAVIS

**WAIVER OF INDICTMENT**

**CASE NUMBER**: 08 CR 430

I, <u>JABARR DAVIS</u>, the above named defendant, who is accused of, with intent to defraud, counterfeiting, falsely making, and forging or altering obligations or other securities of the United States, namely, Federal Reserve Notes,

in violation of Title 18, United States Code, Section 471

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>June 19, 2008</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

## FILED

JUN 1 9 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

_____
Defendant

_____
Counsel for Defendant

Before _____ June 19, 2008
/Geraldine Soat Brown
United States Magistrate Judge