*EMS*



# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

June 24, 2008

Mr. Michael W. Dobbins, Clerk
United States District Court
2046 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

*08cr430*
*JUDGE LINDBERG*
*MAGISTRATE JUDGE GERALDINE SOAT BROWN*

**FILED JUN 2 7 2008  6-27-08  MICHAEL W. DOBBINS  CLERK, U.S. DISTRICT COURT**

Re:  USA v Davis
     Our Case Number: CR 08-202 ADM
     Your Case Number: Unknown

Dear Clerk:

### Initial Transfer Out

☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

☐ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

☐ Enclosed please find certified copies of all documents filed in our court.

### Rule 20

☒ Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

**Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".**

Sincerely,

RICHARD D. SLETTEN, CLERK

*[signature]*
Mary Kay Grzybek, Deputy Clerk

cc:  Kimberly Svendson, Assistant U. S. Attorney
     Marshal Service (Rule 20 & 5 only)
     Pretrial Services (Rule 20 & 5 only)
     File CR 08-202 ADM

In the United States District Court

for the __NORTHERN__ District of __ILLINOIS__

United States of America

v.

__JABARR DAVIS__

**FILED**

JUN 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

Criminal No. __08 CR 430__

**JUDGE LINDBERG**

**MAGISTRATE JUDGE
GERALDINE SOAT BROWN**

I, __JABARR DAVIS__, defendant, have been informed that a __COMPLAINT__ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead __GUILTY__ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the __NORTHERN__ District of __ILLINOIS__ in which I __AM HELD__ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __JUNE 19__, 20 __08__ at __1:30 pm__

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

A true printed copy in __1__ sheet(s)
of the electronic record filed on 6/23/08
in the United States District Court
for the District of Minnesota.
CERTIFIED, 6/24, 20 08
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

Approved

_____
United States Attorney for the
__NORTHERN__ District of __ILLINOIS__

_____
Acting United States Attorney for the
District of __Minnesota__

SCANNED
District of
JUN 24 2008
U.S. DISTRICT COURT ST PAUL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION CR 08-202 ADM |
| Plaintiff, | ) | |
| | ) | (18 U.S.C. § 471) |
| v. | ) | (18 U.S.C. § 492) |
| | ) | (18 U.S.C. § 982(a)(2)(B)) |
| JABARR DAVIS, | ) | (28 U.S.C. § 2461 (c)) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1
(Manufacturing Counterfeit U.S. Currency)

On or about March 5, 2008, in the State and District of Minnesota, the defendant,

JABARR DAVIS,

with intent to defraud, did counterfeit, falsely make, forge and alter obligations of the United States in the approximate amount of $700, including the obligation described below:

| TYPE OF INSTRUMENT | DENOMINATION | SERIAL NUMBER |
|---|---|---|
| Counterfeit Federal Reserve Note | $50 | IB37856016A |

in violation of Title 18, United States Code, Section 471.

FORFEITURE ALLEGATION

Count 1 of this Information is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 492 and 982(a)(2)(B), in conjunction with Title 28, United States Code, Section 2461(c).

SCANNED
JUN 20 2008
U.S. DISTRICT COURT MPLS

A true printed copy in 2 sheet(s) of the electronic record filed on 6/20/08 in the United States District Court for the District of Minnesota.
CERTIFIED: 6/27, 20 08
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

FILED JUN 20 2008
RICHARD D. SLETTEN, CLERK
JUDGMT ENTERED____
DEPUTY CLERK'S INITIALS____

As a result of the foregoing offense, the defendant,

JABARR DAVIS,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 492, in conjunction with Title 28, United States Code, Section 2461(c), any material or apparatus used or fitted or intended to be used in the making of the counterfeited Federal Reserve Notes, including computer and printing equipment, and pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the violation charged in Count 1.

All in violation of Title 18, United States Code, Sections 471, 492 and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

Dated: 6/19/2008

FRANK J. MAGILL, JR.
Acting United States Attorney

BY: KIMBERLY A. SVENDSEN
Assistant U.S. Attorney

# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | Case Number: 08-MJ-124 JJG |
| JABARR DAVIS | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 6, 2008 in Hennepin county, in the State and District of Minnesota, defendant, with intent to defraud, did counterfeit, falsely make, and forge or alter an obligation or other security of the United States, namely, Federal Reserve Notes,

in violation of Title 18 United States Code, Section 471.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

A true printed copy in 6 sheet(s) of the electronic record filed on 3/19/08 in the United States District Court for the District of Minnesota.
CERTIFIED, 6/24, 2008.
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Lawrence Propes
Secret Service

Sworn to before me, and subscribed in my presence,

3/19/08 at Minneapolis, MN
Date                                                       City and State
The Honorable Jeanne J. Graham
UNITED STATES MAGISTRATE JUDGE                             _____
Name & Title of Judicial Officer                           Signature of Judicial Officer

STATE OF MINNESOTA    )
                     )  ss.  **AFFIDAVIT OF LAWRENCE PROPES**
COUNTY OF HENNEPIN   )

Your Affiant, Lawrence Propes, having been first duly sworn and under oath, hereby states the following is true and correct to the best of his knowledge:

1.  I am currently a Special Agent with the United States Secret Service and have been employed as such for approximately four years. My duties as a Special Agent include the protection of the United States monetary system and the investigation of financial crimes that violate the United States Code. I am familiar with the facts set forth in this Affidavit from having spoken with the officers involved in this investigation, from having reviewed their reports, and also being present during the interview of a suspect and the service of a Ramsey County Search Warrant at the residence of JABARR DAVIS and LARITA WARMACK, Defendants. Further, this affidavit contains information to support probable cause but is not intended to convey facts of the entire investigation.

2.  On or about February 28, 2008, the St. Paul, Minnesota, Police Department received information from a confidential reliable informant (CRI) that two black female subjects were passing counterfeit $50 Federal Reserve Notes (FRNs) in the Minneapolis and St. Paul, Minnesota area.

1

3.   On March 4, 2008, the CRI stated within the past 48 hours, that he/she had recently seen these females in possession of several thousand dollars in counterfeit $50 FRNs. The CRI reported that he/she was told by the females they have access to several thousand dollars more in counterfeit $50 FRNs. The CRI was offered to purchase the counterfeit $50 FRNs for half of their face value from both of these female subjects. The CRI identified one of the black females as Nicole, who is described as having a thin build and braided hair with red and blonde strands. The CRI described the other black female as only being heavy set and had no additional information. The CRI stated the above two black females drive a black SUV bearing a State of Illinois temporary license plate of 557J00. The CRI added that this vehicle is known to frequent the area of Case Avenue and Weide Street in St. Paul, Minnesota.

4.   On March 6, 2008, the St. Paul, Minnesota, Police Department located the above vehicle in close proximity to the area of Case Avenue and Weide Street in St. Paul, Minnesota, and performed a traffic stop on the above vehicle at Sims Avenue and Greenbrier Street in St. Paul, Minnesota. This vehicle, a black SUV bearing a State of Illinois temporary license plate of 557J00, contained two black females matching the descriptions provided above. The driver of the vehicle was identified as Nicole Stevens and the passenger of the vehicle was identified as LARITA WARMACK. A bible with what appeared to be FRNs sticking out of it was

2

observed in plain view on the front passenger floor of the vehicle. The bible was examined and fourteen (14) counterfeit $50 FRNs bearing serial numbers ID09815103A and IB37856016A were recovered. Stevens and WARMACK were arrested by the St. Paul Police Department and transported to the law enforcement center located in St. Paul, Minnesota.

5. Later on March 6, 2008, Nicole Stevens was interviewed by Special Agent Daniel Thiel and Special Agent Lawrence Propes of the United States Secret Service, and Detective Ryan Murphy of the St. Paul Police Department. Stevens was advised of her Miranda rights verbally and in writing. Stevens verbally, and in writing, waived her Miranda rights.

Stevens indicated that she resides at a particular address on Curtice Street East, St. Paul, Minnesota. Stevens added that her neighbors are LARITA WARMACK and JABARR DAVIS. Stevens reported that WARMACK is DAVIS'S girlfriend and they reside at a particular address on Curtice Street East, St. Paul, Minnesota, next door to Stevens. Stevens stated that she has known LARITA WARMACK and JABARR DAVIS since they all lived in the Chicago, Illinois, area together. While living in the Chicago, Illinois, area, Stevens claimed that she observed JABARR DAVIS soaking genuine FRNs in a sink filled with Purple Power, an automotive cleaner. Stevens then observed DAVIS brushing the FRNs which were soaking in the Purple Power with a toothbrush to

3

remove the image of the genuine FRN. Stevens added that on more than one occasion since knowing JABARR DAVIS, DAVIS had told Stevens that he (DAVIS) had manufactured at least $10,000 in CFT FRNs.

Stevens stated that on or about February 26, 2008, Stevens drove LARITA WARMACK to a pawn shop located on South Roberts Street in St. Paul, Minnesota, and WARMACK pawned a Sony Playstation for U.S. Currency. Stevens added that she then drove WARMACK to a Walmart Department Store located in the area, and WARMACK purchased a Hewlett Packard Printer Model 5610.

Stevens stated that on March 5, 2008, Stevens visited JABARR DAVIS inside his residence located on Curtice Street East, St. Paul, Minnesota, and observed DAVIS manufacturing counterfeit $50 FRNs. Stevens added that she later drove LARITA WARMACK and several acquaintances around the St. Paul, Minnesota area, to purchase items with the counterfeit $50 FRNs eventually receiving genuine FRNs in the transactions.

6. On March 7, 2008, Detective Ryan Murphy swore to an affidavit for a Ramsey County Search Warrant for the particular address on Curtice Street East, St. Paul, Minnesota, that Stevens provided as the address of DAVIS and WARMACK's residence. The local search warrant was approved by Ramsey County District Court Judge Greg Johnson.

4

7. Continuing on March 7, 2008, Detective Ryan Murphy, Special Agent Daniel Thiel and Special Agent Lawrence Propes and members of the St. Paul Police Department Force Unit executed the Ramsey County Search Warrant at DAVIS and WARMACK's residence on Curtice Street East, St. Paul, Minnesota, and located one (1) genuine $50 FRN, Serial Number IB37856016A (a Pattern Note used in the manufacture of the subject counterfeit FRNs), a Hewlett Packard Officejet Printer, Model Number 5610V, an Epson Printer, Model Number CX5000, printer ink cartridges, miscellaneous reams of paper, Purple Power cleaning solution, and an Illinois Identification Card in the name of Jabarr Davis.

8. On March 7, 2008, at the time the above search warrant was served, JABARR DAVIS was located in the above residence and placed under arrest for the manufacture of counterfeit FRNs.

9. Based upon the facts conveyed in this affidavit, I have probable cause to believe that JABARR DAVIS manufactured counterfeit FRNs with the intent to defraud, in violation of Title 18 United States Code, Section 471.

FURTHER YOUR AFFIANT SAYETH NOT

_____
LAWRENCE PROPES, Special Agent
United States Secret Service

SUBSCRIBED and SWORN to before me this 19th day of March, 2008.

_____
JEANNE J. GRAHAM
United States Magistrate Judge

# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | Case Number: |
| JABARR DAVIS | 08-MJ-124 JJG |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JABARR DAVIS**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging

On or about March 6, 2008 in Hennepin County, in the State and District of Minnesota defendant(s) with intent to defraud, did counterfeit, falsely make, and forge or alter an obligation or other security of the United States, namely, Federal Reserve Notes,

in violation of Title 18 United States Code, Section(s) 471.

| | |
|---|---|
| The Honorable Jeanne J. Graham | UNITED STATES MAGISTRATE JUDGE |
| NAME OF ISSUING OFFICER | TITLE OF ISSUING OFFICER |
| [signature] | 3/19/08    Minneapolis, MN |
| SIGNATURE OF ISSUING OFFICER | DATE AND LOCATION |

Bail fixed at $_____ by_____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | 6/24/08 [signature] |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:_____

ALIAS:_____

LAST KNOWN RESIDENCE:_____

LAST KNOWN EMPLOYMENT:_____

PLACE OF BIRTH:_____

DATE OF BIRTH:_____

SOCIAL SECURITY NUMBER:_____

HEIGHT:_____  WEIGHT:_____

SEX:_____  RACE:_____

HAIR:_____  EYES:_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

_____

FBI NUMBER:_____

COMPLETE DESCRIPTION OF AUTO:_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:_____

_____

_____

4DIV, CLOSED, INFO, RULE20OUT

# U.S. District Court
## District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:08-cr-00202-1
### Internal Use Only

Case title: USA v. Davis                                    Date Filed: 06/20/2008
Magistrate judge case number: 0:08-mj-00124-JJG             Date Terminated: 06/23/2008

Assigned to: Unassigned

### Defendant (1)

**Jabarr Davis**                          represented by **James-NA E Young**
*TERMINATED: 06/23/2008*                                 Not Admitted
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

### Pending Counts                        ### Disposition
None

### Highest Offense Level (Opening)
None

### Terminated Counts                     ### Disposition
18:471 MANUFACTURING                      Consent to Transfer of Case for Plea and
COUNTERFEIT U.S. CURRENCY                 Sentence Under Rule 20
(1)

### Highest Offense Level (Terminated)
Felony

### Complaints                            ### Disposition
Manufactured Counterfeit Federal
Reserve Notes with the Intent to
Defraud, in violation of 18:471

**Plaintiff**

| USA | represented by | **Kimberly A Svendsen** |

United States Attorney's Office
300 S 4th St Ste 600
Mpls, MN 55415
612-664-5600
Fax: 612-664-5786
Email: kimberly.svendsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2008 | 1 | COMPLAINT by USA Kimberly Svendsen with affidavit of Lawrence Propes, Secret Service as to Jabarr Davis (1) by Magistrate Judge Jeanne J. Graham (KNK) [0:08-mj-00124-JJG] (Entered: 03/21/2008) |
| 03/19/2008 |   | *SEALED* Bench Warrant Issued in case as to Jabarr Davis by Magistrate Judge Jeanne J. Graham.(KNK) [0:08-mj-00124-JJG] (Entered: 03/21/2008) |
| 06/20/2008 | 2 | FELONY INFORMATION by USA Kimberly Svendsen as to Jabarr Davis (1) count 1 assigned to Judge Ann D. Montgomery. Forfeiture allegations as to this Information. (MKG) (Entered: 06/23/2008) |
| 06/23/2008 | 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Northern District of Illinois Counts closed as to Jabarr Davis (1) Count 1. (MKG) (Entered: 06/24/2008) |
| 06/23/2008 |   | (Court only) *** Case Terminated as to Jabarr Davis. (MKG) (Entered: 06/24/2008) |