# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 430 | **DATE** | 7/23/2008 |
| **CASE TITLE** | USA vs. Jabarr Davis | | |

**DOCKET ENTRY TEXT**

At the parties' request, status hearing previously set for 07/24/08 at 1:15 p.m. is stricken. Arraignment set for 08/05/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|