UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 430 |
| v. | ) | |
| | ) | Judge Geraldine Soat Brown |
| JABARR DAVIS | ) | |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:     s/Michael J. Ferrara_____
MICHAEL J. FERRARA
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7649

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that the following document:

### ATTORNEY DESIGNATION

was served on August 5, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By:    <u>s/Michael J. Ferrara</u>
MICHAEL J. FERRARA
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312)886-7649