## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 430 | **DATE** | 8/05/2008 |
| **CASE TITLE** | USA vs. Jabarr Davis | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of his rights. Defendant waives right to indictment and consents to proceed by information. Defendant waives formal reading of the Information. Defendant enters plea of not guilty to each charge and all counts of the Information. Rule 16.1(A) conference to be held on or before 08/12/08. Pretrial motions shall be filed on or before 08/26/08. Response to pretrial motions shall be filed on or before 09/09/08. Status hearing before Judge Lindberg is set for 09/17/08 at 9:30 a.m. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). (X-T). Defendant shall remain in custody pending trial or until further order of the Court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|